IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

LORETTA S. THOMAS,                          )
                                            )
             Plaintiff,                     )    TC-MD 150084N
                                            )
        v.                                  )
                                            )
DEPARTMENT OF REVENUE,                      )
State of Oregon,                            )
                                            )
             Defendant.                     )    **FINAL DECISION OF DISMISSAL**


This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered on May 19, 2015. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. See TCR-MD 16.

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 9:00 a.m. on April 30, 2015, to consider Plaintiff's appeal. On April 14, 2015, the court sent notice of the scheduled case management conference to Plaintiff at the e-mail address Plaintiff provided to the court. The court's notice was not returned as undeliverable. That notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

Plaintiff failed to appear for the scheduled case management conference. On April 30, 2015, the court sent Plaintiff a letter that explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The court's letter advised that if Plaintiff did not provide a written explanation by May 14, 2015, for her failure to appear, the court would dismiss the appeal.

FINAL DECISION OF DISMISSAL  TC-MD 150084N                                          1

As of this date, Plaintiff has not submitted a written response to the court's letter explaining her failure to appear. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ＿＿ day of June 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on June 5, 2015.*